# EXHIBIT E



# Independent Contractor Agreement

This Agreement is made on 9/04/2019, 2019, by and between Raven Street Salon ( hereinafter " Company"), located at 6828 W Raven St, Chicago Illinois 60631 in the County of Cook, and [redacted] ( hereinafter "Independent Contractor")

## Recitals

The Independent Contractor is secured to provide the services described below at the Company's principal place of business as aforementioned. The Independent Contractor represents that she has complied with all Federal, State and local laws regarding business permits, licenses, tax withholding requirements and other legal requirements of any kind that maybe required to carry out said business and the Scope of Work which is to be performed as an Independent Contractor pursuant to this Agreement. The Independent Contractor is or shall remain open to conducting similar tasks or services for the Company, which may not be listed or described below, or for entities other than the Company and thus holds herself out of the public to be separate business entity.

The Company desires to hire and contract the services of the Independent Contractor to perform those tasks as set forth herein. The Independent Contractor assents to this Agreement and to act and perform as an Independent Contractor for the aforementioned Company and is thus willing to do so on the terms and conditions as set forth herein.

Now, therefore, in consideration of the above recitals contained within this Agreement, the Parties agree as follows:

## Independent Contractor Representation

The implementation of this Agreement does not constitute a hiring by either party. It is therefore the intention of the parties that the Independent Contractor shall maintain an Independent Contractor status and shall not be considered an employee for any purposes, including,but not limited to, the application of the Federal Insurance Contribution Act,

Social Security Act, Federal Unemployment Tax Act, provisions of the Federal Internal Revenue Code, State Revenue and Taxations Code relating to income tax withholding, Workers' Compensation Insurance and other benefit payments and third party liability claims.

Therefore, staying within the Scope of Work, the Independent Contractor shall retain sole and absolute discretion in the manner and means for the carrying out of her activities and responsibilities contained herein this Agreement. This Agreement shall not be construed or considered to be a partnership or joint venture, and the company shall not be held liable for any obligations incurred by the Independent Contractor, unless otherwise specifically authorized as such in writing. The Independent Contractor shall not act as an agent or representative of the Company, superficially or otherwise, nor bind the Company in any manner, unless specifically authorized to do so in writing.

Responsibilities, Duties and Scope of Work

The Independent Contractor herein agrees to devote the necessary amount of time, energy and attention required to satisfactorily complete, conclude and/or achieve the following duties/responsibilities:
Cuts, relaxers, perms, colors, shampoo, conditioning, curling, reconstructing, weaving, styling hair, and facial waxing.

The Independent Contractor shall have full discretion within the Scope of Work but shall not engage in any activity which is not expressly set forth by this Agreement without first obtaining prior written authorization.

Documents, Records or Books

Work Schedule, Equipment and Supplies

The Company and the Independent Contractor shall agree upon a work schedule in order to accommodate recurring clients. The Company

guarantees the Independent Contractor the use of the premises a minimum of three days a week. Upon written agreement, the Company and the ndependent Contractor may agree to more or less days.

he Independent Contractors shall supply all necessary equipment, naterials and supplies needed to complete the agreed upon Scope of Work n her clients. Any directions or advice provided to the Independent ontractor regarding the Scope of Work shall be considered a suggestion nly and not an instruction.

pplies provided by the Independent Contractor shall remain the property the Independent Contractor despite storing the supplies on the emises. Should this contract be terminated at any time and for any ason pursuant to this Agreement, the Company must make the premises ailable to retrieve any and all supplies that the Independent Contractor ns immediately, but no later than twenty-four (24) hours after the mination.

Compensation

Independent Contractor shall be entitled to full compensation for the formance of tasks, responsibilities, and duties related to the Scope of k as follows:

Walk-In Client: The Independent Contractor us under no obligation to take a walk-in client. Should the Independent Contractor chose to take a walk-in client, the Company shall be compensated fifty (50) percent and the Independent Contractor shall be compensated fifty (50) percent of the total amount paid by the walk-in client. The Company shall set the pay rate for the service being performed to the walk-in client. Said compensation shall become due and payable to the Independent Contractor biweekly by check. The Company shall provide all products and supplies to be used on the walk-in client.

Walk-In Client with Supplies Provided by Independent Contractor: The Independent Contractor is under no obligation to take a walk-

client. Should the Independent Contractor chose to take a walk-in client, the Company shall be compensated forty (40) percent and the Independent Contractor shall be compensated sixty (60) percent of the total amount paid by the walk-in client, IF the Independent Contractor provides the products and supplies, including but not limited to chemical service, to perform the requested services. The Independent Contractor shall set the pay rate for the service being performed to the walk-in client if the Independent Contractor provides the products and supplies. ~~Said compensation shall become due and payable to the Independent Contractor immediately upon client payment.~~ Company will pay every 2 weeks JAW VR

- Current and Future Independent Contractor Clients: The Independent Contractor has current client and intends to continue to accrue new clients. The Independent Contractor shall keep one hundred (100) percent of all proceeds from her existing clients and any and all future clients she brings to the premises. At no time shall the Company ask for any compensation from any of the clients that belong to the Independent Contractor.

Rent

he Independent Contractor shall be liable for rent that is paid to the ompany in the amount of $40.00 on daily basis in exchange for the use o ıe Company's facilities, including but not limited to: chairs, salon booths, nd or any other equipment of the Company. Paid to company weekly

Tax Withholding

Benefit Rights Waiver

The Independent Contractor herein waives and foregoes any and all right to receive any benefits, that may be provided by the Company to its regular employees, including, but not limited to health benefits ,vocation, retirement, profit sharing plans, sick leave, and any 401 k plans. The independent contractor acknowledges and agrees that if any government agency or court of law claims that the independent contractor is an employee, she agrees to waive coverage. This waiver applicable to all non salary benefits which might otherwise be found to accrue to the independent contractor by virtue of her Agreement with the Company. This waiver is effective independently of the Independent Contractor's employment status as adjudicated for taxation purposes or for any other purpose.

Non-Disclosure

The Independent Contractor represents and warrants that her relationship with the Company will not cause or require that she breach any obligation to the Agreement of or confidence related to any confidential, trade secret and/or any proprietary information of any other person, company or entity. Furthermore, the Independent Contractor acknowledges that a condition of the relationship is she has not brought and will not bring or use in the performance of her duties at the premises of the Company any proprietary or confidential information, whether or not in writing, of a former contracted company without that company's written permission or authorization. The breach of this condition shall result in automatic termination of the relationship as of the time of the occurring breach. There are no inventions heretofore made or conceived by the Independent Contractor that the Independent Contractor deems to be excluded from the Scope of this Agreement and Independent Contractor hereby releases the Company from any invention heretofore made or conceived by the Independent Contractor.

Non- Solicitation Clause

The Independent Contractor shall not, throughout the duration of this

Agreement and for a period of one (1) year immediately following the termination of this Agreement, either directly or indirectly, call or solicit, take away or attempt to do any of the such that which pertains to any of the customers or clients of the Company on whom the Independent Contractor called, contacted or may have become acquainted with during the fulfillment of the terms of this Agreement, either for her own benefit or for the benefit of any other individual, firm, corporation or organization.

Non- Compete Clause

The Independent Contractor herein agrees not to participate in any activity or action that might be deemed of a competitive nature with any activity of the Company during the course of their relationship and for a period of one (1) year after the termination of this Agreement or within a two (2) mile radius. Therefore, for the purpose of this paragraph, competitive activity thus encompasses forming and /or making plans to form a business entity that might be seen as competitive with any business of the Company within one year of termination or two mile radius.

Subject to the terms of this Agreement, the Independent Contractor is not prohibited from the following: (i) working as an Independent Contractor in a different establishment; and or (ii) owning or forming a business performing the same or similar services, so long as it is either two or more miles away, or after one year of the termination of this agreement.

Non- Partnership or Ownership Clause

Neither the Independent Contractor nor any of her representatives, agent or principals shall become or be considered an owner, partner, joint venture with or agent of the company or any of its subsidiaries, affiliates related companies or business by reason of this Agreement or their relationship with the Company unless otherwise declared or stipulated separate written agreement that has been signed and dated by all part Neither the Company, Independent Contractor nor any representative agent, principal , officer, or anyone who might be retained by the

ndependent Contractor shall have any authority to bind the other in any espect unless otherwise set forth in the separate written agreement which has been signed and dated by all parties.

Ownership of Social Media

The Company has sole ownership over its social media accounts, specifically those entitled *Raven Street Salon* pages, including but not limited to its contacts, "followers" or " friends " which may be or have been acquired through such accounts as email address, blogs, Yelp, Facebook, YouTube or any other social media network that has been used or created on behalf of the Company acquired before and/or throughout the Independent Contractor's term of services.

Business opportunity

Marketing, Advertising and Promotional Material

The Independent Contractor shall, at no time, promote or advertise, including such things as conducting marketing surveys, mass marketing, director mailing programs, or use the internet in such advertising or promotional capacity, any of the Company's services and or products without first obtaining the Company's prior written authorization or consent. The Independent Contractor shall only make use of promotional materials and informational materials, including but not limited to, Policy applications, marketing materials, training materials and other Company forms, which have been supplied to the Independent Contractor by the Company or that which have been approved in writing by an authorized agent, representative or official of the Company, collectively known as the "Materials." The Independent Contractor shall use the Materials in compliance and in accordance with the entire Company's advertising Guidelines in effect. Any such materials made available to the Independe Contractor and approved by the Company shall in no way be reproduced modified or altered in any respect or manner without first obtaining pric

written approval. Any materials created by the Independent Contractor and approved by the Company shall not be modified or altered without the company's prior authorization or consent. The Independent Contractor herein allocates and agrees to allocate to the Company the complete and full copyright in any and all materials created or that may be created by the Independent Contractor throughout the course of this Agreement, and as such, the Independent Contractor agrees to promptly execute such documents, if any, that the Company may request and/or require to confirm the allocation of the copyright in the materials anywhere necessary. The Company reserves the right to request from the Independent Contractor, at any time, samples of any materials which the Independent Contractor may be using to verify compliance with the terms and conditions of this paragraph, and furthermore, the Independent Contractor agrees to provide such samples to the company within two (2) days.

Return of Property

Upon the termination of this Agreement, or as per request of ether party, each party shall promptly and immediately, and not more than twenty-four (24) hours, deliver to the other party any and all property in its possession or under its care and control belonging to the other party, including but not limited to, property information, customer names and lists, trade secrets, equipment, supplies, pass keys, tools, documents and all related accounting/financial information. This clause does not require the Independent Contractor to tender any personal information, personal client list that belongs to the Independent Contractor, or personal financial documents that belong to the work of the Independent Contractor.

At no point shall the Company prohibit the entry of the premises by the Independent Contractor to retrieve property. The Company shall make the premises available within twenty-four (24) hours to the Independent Contractor to retrieve any and all property.

Work Product- Work For Hire

## Execution

During and throughout the course of the contractual relationship between the Company and the Independent Contractor, where reasonably necessary and at no expense to the Independent Contractor, the Independent Contractor shall execute any documents and take action which the Company may deem necessary or appropriate to ensure the implementation of all the provisions of this Agreement, including without limitation, assisting the Company in obtaining and/or maintaining any patents, copyrights, or similar rights to any Proprietary Information assigned and allocated to the Company.

The Independent Contractor further agrees that the obligations and undertakings herein stated within this section shall continue beyond termination of employment for a reasonable time period not to exceed one (1) year; however, should the Independent Contractor be called upon for any such assistance after termination of this Agreement, then the Independent Contractor shall be entitled to fair and reasonable compensation in addition to reimbursement of any expenses which may have been incurred at the request of the Company.

## Suspend or Alter Work

If the Independent Contractor is working on a client for the Company, the Company reserves the right to inspect, stop and/or alter the work of the Independent Contractor to assure its conformity with this Agreement and the Company's needs.

The Company has no right to stop or alter the work of the Independent Contractor on her own clients.

The Company may, with reasonable justification, order the Independent Contractor, by way of providing at least two (2) weeks' notice, to suspend, delay or interrupt work or services pursuant to this Agreement for a specified period of time, in whole or in part, for such periods of time as the Company, at its sole discretion, deem fit or necessary. Such notice shall be in writing and include the date work shall be suspended and when that work shall commence, and any other specification needed for the parties to continue performing services under this Agreement.

During the suspension, delay, or interruption, the Independent Contractor is under no obligation to pay rent for said periods of time. Further, the Independent Contractor may continue its work as an Independent Contractor with no limitations under this Agreement, specifically the paragraph entitled *Non-Compete* within this Agreement.

Term and Termination of Agreement

This Agreement shall be terminated under the following conditions:

- On April 1, 2022, unless such agreement is extended in writing; or
- With ether party giving the other party a two (2) week written notice of its intention to terminate this Agreement. No cause is needed for such termination. During the two-week period prior to termination, all provisions of this Agreement shall be effective, including but not limited to the obligation to pay rent and access to the premises.

Professional Conduct

The Independent Contractor shall be required to treat all Company employees, customers, clients, business associates, partners, and other

affiliates with complete respect and responsibility. The Independent Contractor shall be required to comply with all laws, governing their profession, licensing requirements and other laws or regulations that will permit them to complete the Scope of Work.

Licensing and Workers' Compensation Coverage

The Independent Contractor herein agrees to promptly provide the Company proof of the necessary licensing status that may be required to perform the Scope of Work in accordance with the terms and conditions of this Agreement and Workers' Compensation Coverage where required by law.

Entire Agreement

This Agreement shall be considered a separate and an independent document of which it shall supersede any and all other Agreements, ether by oral or written, between the parties hereto, except for any separately signed Confidentiality, Trade Secret, Non-Complete or Non-Disclosure Agreements to the extent that these terms are not in conflict which those set forth herein.

Representation

All parties to this Agreement herein acknowledges that no representations, inducements, promises or other Agreements, orally or otherwise, have been made by any party hereto, which are not included herein, and that no other Agreement, statement or promise not contained within this Agreement shall be valid or binding. Any alteration or modification of this Agreement shall be effective only when done so in writing, signed, and dated by all parties hereto.

Severability

In case any provision in this Agreement shall be held invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions hereof will not in any way be affected or impaired thereby.

Continuing Effects

The Independent Contractor's obligations with regards to all trade secrets and confidential information, shall continue to be in effect beyond the Scope of the relationship as aforementioned, and said obligations shall continue to be binding upon not only the Independent Contractor, but the spouse, affiliates, assigns, heirs, executors, administrators, and/or other legal representatives.

Counterparts

This Agreement, at the discretion of the parties herein, may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute a single integrated document.

Modifications

Waiver

If either party fails to enforce any provision contained within this Agreement, it shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Agreement

Drafting Ambiguities

All parties to this Agreement have reviewed and had the opportunity to revise this Agreement, have had the opportunity to have legal counsel review and or revise this Agreement. The rule of construction that ambiguities are to be resolved against the drafting party shall not be employed in the interpretation of this Agreement or of any amendments or exhibits to this Agreement.

Jurisdiction and Venue

This Agreement is to be considered pursuant to be current laws of the State of Illinois. Jurisdiction and venue for any claim arising out of this Agreement shall be made in the State of Illinois, in the County of Cook.

Copies

Both the Independent Contractor and the Company hereby acknowledges that they have received a signed copy of this Agreement

The undersigned have read, understand and accept this Agreement, and by signing this Agreement, all parties agree to all of the aforementioned terms, conditions and policies.

______________________________

Natalia Robbins
Owner
Raven Street Salon

04/01/2019

[redacted] 4/04/2019
______________________________

04/01/2019